```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 28802
   LARRY C DUDA
   MARY BETH DUDA                         CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-5469     SSN XXX-XX-1700
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/21/05 and confirmed on 10/07/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 54392.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC PAYMENT CENTER | SECURED VEHIC | 20000.00 | 1823.43 | 20000.00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1571.97 | 34.73 | 577.58 |
| CB&T | UNSECURED | NOT FILED | .00 | .00 |
| CARTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 5987.08 | 132.52 | 2199.82 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 6961.90 | 154.10 | 2557.99 |
| FIRST EXPRESS | UNSECURED | 1915.90 | 42.37 | 703.95 |
| KOHLS | UNSECURED | 641.12 | 14.56 | 235.57 |
| LAKESHORE CREDIT UNION | UNSECURED | 7368.51 | 163.12 | 2707.39 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 17341.26 | 383.94 | 6371.65 |
| PAYDAY LOAN | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 862.38 | 19.12 | 316.86 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1013.00 | 22.44 | 372.20 |
| ASSET ACCEPTANCE CORP | UNSECURED | 16131.28 | 357.09 | 5927.07 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 837.19 | 18.81 | 307.61 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10035.98 | 222.22 | 3687.49 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| GMAC PAYMENT CENTER | UNSECURED | 238.22 | 11.69 | 87.53 |

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 20000.00 | .00 | 70905.79 | .00 | 90905.79 |
| PRINCIPAL PAID | 20000.00 | .00 | 26052.71 | .00 | 46052.71 |

```
INTEREST PAID            1823.43           .00      1576.71          .00     3400.14
TOTAL PAID              21823.43           .00     27629.42          .00    49452.85
```

The Debtor's attorney, LEGAL HELPERS PC                 , was allowed $   2700.00
and was paid $    700.00   direct and $   2000.00   through the plan.

The Trustee received $   2414.15 .

Refunds to the Debtor totaled $    525.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/16/09                        /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE




PAGE   2
CASE NO. 05 B 28802 LARRY C DUDA & MARY BETH DUDA